UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>TARA M. CHAMBERS<br><br>                    Defendant. | NO:  2:14-CR-175-RMP<br><br>ORDER ON ALLEGED VIOLATIONS OF PRETRIAL RELEASE AND GRANTING MOTION TO MODIFY RELEASE CONDITIONS |

A pretrial release violation hearing was held on June 11, 2015.  Defendant Tara Chambers, who is not in custody, was present and represented by Bevan Maxey.  Assistant United States Attorney Tyler Tornabene represented the Government.  This Order memorializes and supplements the Court's oral rulings.

The Court scheduled the hearing to review a report from the United States Probation Office alleging that Ms. Chambers had violated the conditions of her pretrial release.  Probation Officer Charles J. Kuipers alleged that Ms. Chambers

ORDER ON ALLEGED VIOLATIONS OF PRETRIAL RELEASE AND
GRANTING MOTION TO MODIFY RELEASE CONDITIONS ~ 1

had been handling financial information for her employer and had failed to advise her employer of her legal situation.  ECF No. 29-1.

At the hearing, Ms. Chambers admitted to the violation.

The Court found that Ms. Chambers committed the violation and imposed additional conditions of pretrial release, which are explained below.  The Court also granted Ms. Chambers's Motion to Modify Conditions of Release, ECF No. 34.

Accordingly, **IT IS HEREBY ORDERED**:

1. Ms. Chambers's Motion to Modify Conditions of Release, **ECF No. 34**, is **GRANTED**.  Ms. Chambers may travel to Boise, Idaho, from June 21-28, 2015, and must report to her supervising Probation Officer as directed.

2. The Court finds that Ms. Chambers committed Violation No. 1.

3. All conditions of Ms. Chambers's supervised release **REMAIN IN EFFECT**.  In addition, the Court added the following conditions:

    a. Obtain mental health evaluation, successfully complete any recommended treatment, and provide release for reciprocal information between provider and supervising Probation Officer.

/ / /

/ / /

ORDER ON ALLEGED VIOLATIONS OF PRETRIAL RELEASE AND
GRANTING MOTION TO MODIFY RELEASE CONDITIONS ~ 2

1    b.  Obtain employment, which must be approved in advance by

2    supervising Probation Officer.

3    The District Court Clerk is directed to enter this Order and provide copies to

4    counsel and to U.S. Probation Officer Brenda Challinor.

5    **DATED** this 12th day of June 2015.

6

7                            *s/ Rosanna Malouf Peterson*
                            ROSANNA MALOUF PETERSON
                            Chief United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER ON ALLEGED VIOLATIONS OF PRETRIAL RELEASE AND
GRANTING MOTION TO MODIFY RELEASE CONDITIONS ~ 3